PATTY MURRAY & MARIA CANTWELL WORE DAVIS LAW GROUP DEALS AFTER DAVIS LAW GROUP PAYS MILLIONS TO AFTER FORGING CORTEZ DAUNDRE JONES SIGNATURE TO WIN CASES W/O CORTEZ JONES PRESENT AT THE COURT CASES.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CORTEZ DAUNDRE JONES,

Plaintiff(s),

v.

US SENATOR PATTY MURRAY,

Defendant(s).

CASE NO. 2:23-cv-01170-RSL
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE
ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

Jury Trial: ☒ Yes ☐ No

FILED
LODGED
ENTERED
RECEIVED

AUG 03 2023 MG

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

## I. THE PARTIES TO THIS COMPLAINT

A.  Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | CORTEZ DAUNDRE JONES |
| Street Address | 301 UNION ST |
| City and County | SEATTLE KING COUNTY |
| State and Zip Code | WA 98101 |
| Telephone Number | NONE |

COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE - 1

B.  Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

Name: US SENATORS
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number

Defendant No. 2

Name: PATTY MURRAY
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number

*COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE - 2*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (select all that apply)

[X] Federal question:
If checked complete section A.

[X] Diversity of citizenship:
If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Attach additional pages if needed.*

440- CIVIL RIGHTS / DISCRIMINATION
PLAN TO MURDER AN AMERICAN CITIZEN TO HIDE THE INFORMATION WITH CONGRESS.

*COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE - 3*

*Pro Se 5 2022*

B.   If the Basis for Jurisdiction Is Diversity of Citizenship

   1.   The Plaintiff(s)

      a.   If the plaintiff is an individual.

The plaintiff *(name)* __CORTEZ DAWDRE JONES__, is a citizen of the State of *(name)* _____.

      b.   If the plaintiff is a corporation.

The plaintiff, *(name)* __CORTEZ DAWDRE JONES__, is incorporated under the laws of the State of *(name)* __WASHINGTON STATE__, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   2.   The Defendant(s)

      a.   If the defendant is an individual.

The defendant, *(name)* __PATTY MURRAY__, is a citizen of the State of *(name)* __WASHINGTON__. Or is a citizen of *(foreign nation)* _____.

      b.   If the defendant is a corporation.

The defendant, *(name)* __US SENATOR__, is incorporated under the laws of the State of *(name)* __WASHINGTON__, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

*COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE - 4*

MARINE CORPS

## III. THE AMOUNT IN CONTROVERSY

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*).

*Attach additional pages if needed*:

10,000,000,000,000.00 - DISCRIMINATION
+450,000,000,000,000.00 - MURDER FOR HIRE /w STOLEN PROPERTY TO PAY TERRORISTS
460,000,000,000,000.00 - TOTAL FOUR HUNDRED SIXTY TRILLION DOLLARS TO MURDER CORTEZ JONES

## IV. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

On (*date*) __8/3/23__, at (*place*) __SEATTLE WA__, the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because (*describe the acts or failures to act and why they were negligent*). *Attach additional pages if needed*.

THOUGHT AS IF SENATORS CAN JUST NEGLECT US CITIZENS WORTH MORE MONEY THAN THEM.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by (*explain*). *Attach additional pages if needed*.

TONS OF LIFE THREATENING INJURIES BY PATTY MURRAY; DESIGN TO WORK WITH KKK MEMBERS AGAINST CORTEZ DAUPRIE JONES

*COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE - 5*

## V. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

> I ONLY CLAIMED TO COVER MEDICAL BILLS AFTER BEING STABBED AND MY BABY MURDERED BY PATTY MURRAY FAMILY CONNECTIONS. AS I WAS STABBED OVER 30 TIMES IN THE BACK.

## VI. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/3/23

Signature of Plaintiff: *Lodey Jones*

Printed Name of Plaintiff: CORTEZ DAUNDRE JONES

*Pro Se 5 2022*

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____


Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____