1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

                    Plaintiff,

          v.

UNITED STATES SENATORS, et al.,

                    Defendants.

CASE NO. 2:23-cv-01170-RSL

ORDER

       This matter comes before the Court on the recommendation of the Honorable

Michelle L. Petersen, United States Magistrate Judge, to deny plaintiff's *in forma pauperis*

application because it failed to demonstrate that he is unable to pay the $402.00 filing fee.

Dkt. # 3. Plaintiff has filed an amended *in forma pauperis* application. Dkt. # 7. This

matter is again referred to Judge Peterson for consideration of the amended application.

       DATED this 21st day of August, 2023.

                                        Robert S. Lasnik
                                        United States District Judge

ORDER - 1