UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

                Plaintiff,

     v.

UNITED STATES SENATORS, *et al.*,

                Defendants.

Case No. C23-1170-RSL

ORDER

     Having reviewed Plaintiff Cortez Daundre Jones' amended application to proceed in forma pauperis ("IFP"), the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, the objections thereto (Dkt. # 10), and the remaining record, the Court finds and ORDERS:

     (1)    The Court ADOPTS the Report and Recommendation. Mr. Jones' assertion that he mistakenly declared income from investments that he cannot access as amounts of money received during the past twelve months does not explain how his "net monthly salary" went from $35,000 to $0, how his "disability, unemployment, workers compensation or public assistance" went from $32,000 per year to $0, or how his monthly expenses went from $4,000 to $0. *Compare* Dkt. # 1 *with* Dkt. # 7.

ORDER - 1

(2)  Plaintiff's amended IFP application (Dkt. # 7) is DENIED. Plaintiff is directed to pay the $402.00 filing fee within **thirty (30) days** of this Order. If Plaintiff fails to do so, the Clerk is directed to dismiss this action without prejudice and to close the file.

(3)  The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 19th day of September, 2023.

*MrT S Lasnik*

ROBERT S. LASNIK
United States District Judge

ORDER - 2